PRISONER CASE

MAR 04 2008

FILED 

MAR - 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** KIRK E. BINTZLER

**Defendant(s):** ERIC WILSON, etc, et al.

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**
Kirk E. Bintzler
#09138-089
Metropolitan - MCC
71 West Van Buren Street
Chicago, IL 60605

**Defendant's Attorney:**
AUSA
United States Attorney's Office
219 South Dearborn Street
Chicago, IL 60604

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 2. U.S. Government Defendant
☐ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

08CV1293
JUDGE KENDALL
MAG. JUDGE COLE

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas Corpus General

**Cause of Action:** 28:2241

**Jury Demand:** ☐ Yes ☑ No

**Signature:** M. Burke **Date:** 3/4/08