**08CV1293**
**JUDGE KENDALL**
**MAG. JUDGE COLE**
— EASTERN DIVISION — —

FEB 28 2008

F I L E D

FEB 2 8 2008  MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Kirk E. Bintzler )
 )
Petitioner )
 )     Pursuant to U.S.C. 28 2241,
v. )     & 2243.
 )
MCC Warden Eric Wilson )     Civil Case # _____
and United States Parole )
Commission, et al. )

MOTION TO WAVE FIVE DOLLARS FILING FEE DUE TO POVERTY

I Kirk Bintzler, above petitioner, purauant to title 28 U.S.C. § 1746, under penalty of perjury by my below signature: Hereby state my poverty status (Ex. FW-1) has not changed since the Supreme Court allowance to proceed in forma pauperious Since February 14, 2008 to any significant degree.

The Habeas Corpus filing pursuant to title 28 U.S.C. § 2241, 2243 is made for no improper reason, upon which the petitioner believes he is entitled to immediate relief. Therefore, prompt allowance of the waiver of the $ 5.00 filing fee is warranted upon cause by the court.

Respectfully Submitted,

*[signature]*
Kirk Bintzler, Pro se

Dated *[signature]* 2008

**Supreme Court of the United States**
Office of the Clerk
Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

February 14, 2008

Mr. Kirk E. Bintzler
Prisoner ID Reg. No. 01938-089
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, IL 60605

    Re:  Kirk E. Bintzler
           v. Matthew J. Frank
           Application No. 07A682

Dear Mr. Bintzler:

    The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Stevens, who on February 14, 2008 extended the time to and including April 13, 2008.

    This letter has been sent to those designated on the attached notification list.

                                           Sincerely,

                                           **William K. Suter**, Clerk

                                           by
                                           Heather Trant
                                           Case Analyst

FW-1