

Kirk E. Bintzler   01938-089  
Metropolitan Correctional Center  
71 West Van Buren Street  
Chicago, Il.  60605

FEB 28 2008

F I L E D

February 26, 2008

FEB 28 2008

FEB 28 2008 MD

MICHAEL W. DOBBINS  
CLERK, U.S. DISTRICT COURT

Honorable Judge David H. Coar  
Room 1419  
Derskin Federal Court House  
219 South Dearborn Street  
Chicago, Il.  60604

**08CV1293  
JUDGE KENDALL  
MAG.JUDGE COLE**

Honorable Judge Coar:

Enclosed please find two petitions for Writ of Habeas of Corpus pursuant to 28 U.S.C. § 2241, 2243 & two copies of a motion to waive the Five dollar filing fee upon poverty.

My understanding Sec.2241 allows me in this situation to direct a Writ to any justice.  I have read many of your opinions and find them to be of Great Legal Scholarship and well thought out. Therefore I have directed this Writ to you for this reason.

Upon reading the Writ your Honor will see, that I am two months past my release date, if the court adopts my legal conclusion. After a hearing and or show cause order to the Respondent(s).

Lastly should the court not have the time to entertain the motion please assure prompt processing of the Writ application to another Justice.

Thank you for your help and time in this matter.

Respectfully,

[signature]

Kirk E. Bintzler

cc:   file