

Kirk E. Bintzler   01938-089
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, Il.  60605

**FILED**

MAR 2 1 2008  *aew*
Mar 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

March 17, 2008

Honorable Judge Virgina M. Kendall
United States District Court
219 South Dearborn Street
Chicago, Il.  60604

Re:  Request to fast track proceeding in Bintzler v Wilson, et al, 08-C-1293.

Your Honor:

To date the court has issued no further orders then docketing the matter. Understanding you treat all cases before the court in an expedited manner. The following circumstances, warrant fast tracking, as justice delayed is justice denied.

The 14 year old parole commission warrant has expired on its face, according to the attached exhibits to the Habeas Petition, which additionally confirm once the warrant is quashed, I will be immediately placed in a Community Corrections Center, where I should have been placed, December 28, 2007.

If Respondents are compelled to immediately (1), appear at a hearing and (2), produce documents, I believe the matter will terminate upon the Respondent(s) concession that the Warrant has expired on its face; and/or the court will quash the warrant after a brief adversarial hearing, inquiring into the facts.

In short, this matter needs to conclude quickly, to allow me to gradually transition into the community, with sufficient funds to support myself, instead of being dumped on the streets on June 28, 2008, by the BOP, U.S. Parole Commission with out a penny in my pocket.

Respectfully,

*[signature]*
Kirk E. Bintzler

cc:  Served upon Repondent(s) Counsel Attorney Mr. V. Shaw, by internal mail at MCC Chicago.

rwa:KB