UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
APR 1 0 2008
Apr 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Kirk E. Bintzler )
)
    Petitioner: )
) Pursuant to U.S.C. 28 § 2241
) & 2243.
    v. )
) Civil Case# 08-C-1293
MCC Warden Eric Wilson )
and United States Parole )
Commission, et al. )

To: Honorable Judge Virginia A. Kendall, presiding.

IN RE WRIT OF CORPUS AD FACIENDUM ET RECIPIENDUM
BINTZLER V. MCC WARDEN WILSON, & UNITED
STATES PAROLE COMMISSION ET AL. REQUEST FOR SUBPEONA DUCES TECUM
PRODUCTION OF ALL RECORDS, DOCUMENTS, E-MAILS, FAXES REGARDING
WARRANT/DETAINER OF MARCH 21, 1994 ISSUED BY U.S. PAROLE COMMISSION;
INCLUSIVE OF ALL DOCUMENTS IN CASE # 94-CR-87, E.D. WISCONSIN, 87-CR-107,
F940965, MILWAUKEE COUNTY CIRCUIT COURT IN RESPONSDENT'(s) POSSESSION.

Comes now petitioner, upon cause and moves the court to issue a subpoena Duces Tecum to Respondents, BOP MCC Warden Eric Wilson, U.S. Parole Commission; to produce all documents, E-mails, faxes, in or held under Respondents control. At BOP Grand Prarie Texas Sentence and Computation Center, U.S. Parole Commission, & Central Office. Unredacted to the court and petitioner forth with in review of Commission Regulations inclusive of § 2.46(c), 2.47(B)(1)(3)(e)(1), 2.20 - 03D determative of the matter before the court, in the interest of Justice, instanter by the Court, via regulatory due process complaince provision established in U.S. ex Rel. Accardi v. Shaughnessy, 347 U.S. 260, to issue Writ.

Respectfully Submitted,

*[signature]* 5/2/08
Kirk E. Bintzler
Resubmitted *[signature]* 9-7-2008