UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
APR 10 2008
Apr 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

KIRK E. BINTZLER, )
      Petitioner, )
)
V. )   Case # 08-C-1293
)
MCC-WARDEN ERIC WILSON, )   Honorable Virginia A. Kendall
AND U.S. PAROLE COMMISSION )   Predsiding.
et. al. )
)
      Respondents.

## MOTION TO EXPIDITE THE PROCEEDINGS

Comes Now, petitioner, Kirk Bintzler, pro se, and hereby moves the Court to hold a in person heairng on the matter within the 3 day time frame set forth in 28 U.S.C. Sub. Section 2243, upon the following set of factual circustances, applicable law:

(1). Exhbits H-1, 1-A, H-2, H-3, A, B, and 4, are prima facie evidence of exhaustion of all available administrative remedies pursuant to the provisions of LEWIS V. WASHINGTON, 300 F. 3d 829 at 830, (7th Cir. 2002) that require only the exaustion of available remidies. When an agency makes them un-available they are deemed exhausted.

(2). These exhibits also display petitioner has attempted to have this matter corrected by the BOP, U.S. Parole Commission since he became aware of the matter, to meet 6/29/08, release date, in every conceivable fashion as far back as August 2007.

The Seventh Circuit ruling in BINTZLER V. ASHCROFT, 04-1488, confirm jurisdiction over the matter is now before the court pursuant to 28 U.S.C. § 2241, for decision on the merits.

Respectfully Submitted,       Dated _____ 2008

_Kirk Bintzler_
Kirk Bintzler, pro se

# CERTIFICATE OF SERVICE

I, Kirk Bintzler  hereby certify that I have served a true and correct copy of the following:

AMEMDED HABEAS CORPUS PETITION  (08-C-1293)

MOTION TO SUBPEONA DOCUMENTS DUCES TECUM RELATING TO PAROLE COMMISSION 3/21/94 WARRANT ISSUANCE FROM CASE # 87-CR-107, E.D. WISCONSIN.  (08-C-1293)

MOTION TO EXPIDITE THE PROCEEDINGS
CASE # 08-C-1293

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, *Houston v. Lack*, 101 L.Ed.2d 245 (1988), upon the court and parties to litigation and or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to:

UNITED STATES ATTORNEY PATIRCK FITZGERALD
OFFICE OF THE UNITED STATES ATTORNEY
5th Floor,
219 South Dearborn Street
Chicago, Illinos  60604

and deposited same in the United States Postal Mail at the

on this: 7th day of: April, 2008

*Kirk Bintzler* (signature)

Kirk Bintzler