UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KIRK E. BINTZLER, )
)
    Petitioner, )
) Case # 08-C-1293
V. )
) Honorable Justice
MCC-WARDEN ERIC WILSON ) Virginia A. Kendall
AND U.S. PAROLE COMMISSION ) Presiding.
et. al. )
)
    Respondent(s). )

SUPPLEMENTAL MOTION TO EXPEDITE PROCEEDINGS

Comes now, petitioner Kirk Bintzler, pro se and hereby moves the Court upon attached exhibit (S-1) for an immediate order quashing the U.S. Parole Commission warrant/detainer of March 21, 1994, lodge with Warden Wilson/BOP that is preventing immediate release to Community Corrections Center of petitioner (release on 6/29/08 ) due to BOP's self admitting position; even though MCC-BOP staff are aware the Commission's warrant/detainer placement has been satisfied per the Commissions own regulations, MCC-BOP staff will not release petitioner to Community Corrections Center or his residence via furlough procedures, without specific court order to do so from the Court, as to immediate processing of Community Corrections placement; as the matter will not be profitable for the CCC nor the BOP at this late date, due to Comm. BOP errors to date.

Alternatively order immediate hearing as to unlawful detention.

Dated April 22nd, 2008          Respectfully Submitted,

                                              Kirk Bintzler, pro se

```
BP-S148.055   INMATE REQUEST TO STAFF  CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                         FEDERAL BUREAU OF PRISONS
```

| TO: (Name and Title of Staff Member) Mr. Schnake MCC-Unit Team, Unit Manager | DATE: 4/15/08 |
|---|---|
| FROM: Kirk Bintzler | REGISTER NO.: 01938-089 |
| WORK ASSIGNMENT: Recreation | UNIT: 23 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Sir: Please confirm the following ( non-response will be deemed confirmation after a 72 hour period ) during the course of my team meeting ( app. 1:20 P.M. ) you informed me; due to the United States Parole Commission's refusal to communicate to the BOP about the removal of my warrant/detainer of March 21, 1994.( and the related inept actions of the Commission, BOP staff involved in processing the removal over the last 9 months ) Should Judge Kendall issue an order quashing the warrant/detainer you, your staff were not responsible to expedite my halfway house placement, the normal processing period of 30 days; that most likely would result in the halfway house (Community Corrections) rejecting my placement due to insufficient time in the halfway house for them to made it a profitable endeavor for them. I am therefore, (in addition to requesting confirming signature) requesting $ 500.00 gate monies to assist with my reentry into society as well as the maximum amount of allotted clothing. *(attachment supplemental motion to expedite to Judge Kendall 08-Cv-1293)*  *Kirk Bintzler*

DISPOSITION:

Consistent with our discussion during your most recent Program Review, you are currently not eligible for Residential Re-Entry Center placement due to your detainer status. Any request for release gratuity above the typical amount should be submitted to the Case Management Coordinator/Inmate Systems Manager, as well as any request for institution clothing above the typical amount issued upon release. (incidently, there was no attachment submitted with this request as you stated above).

| Signature Staff Member  W. L. Schnake, Sr., Unit Manager, B, G, H, & I Units | Date 4/17/08 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94



Exhibit S-1

# CERTIFICATE OF SERVICE

I, __Kirk Bintzler_____ hereby certify that I have served a true and correct copy of the following:

SUPPLEMENTAL MOTION TO EXPEDITE PROCEEDINGS

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, *Houston v. Lack*, 101 L.Ed.2d 245 (1988), upon the court and parties to litigation and or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to:

UNITED STATES ATTORNEY PATRICK FITZGERALD
OFFICE OF THE UNITED STATES ATTORNEY
5Th Floor
219 South Dearborn Street
Chicago, Illinois 60604

and deposited same in the United States Postal Mail at the on this: __22nd_____ day of: __April_____ 2008_____,

_/s/ Kirk Bintzler_
Kirk Bintzler