UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KIRK E. BINTZLER (09138-089), )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES PAROLE COMMISSION, )<br>)<br>Respondent. ) | No. 08 C 1293<br><br>Judge Kendall |

### NOTICE OF MOTION

To: Kirk E. Bintzler (09138-089)
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, Illinois 60605

PLEASE TAKE NOTICE that on **Thursday, May 22, 2008,** at **9:00 a.m.**, I will appear before **Judge Kendall** in the courtroom usually occupied by her in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present **UNITED STATES' MOTION FOR ADDITIONAL TIME TO FILE RESPONSE TO WRIT OF HABEAS CORPUS** at which time and place you may appear, if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

          By:    s/Pierre C. Talbert
                PIERRE C. TALBERT
                Assistant United States Attorney
                219 South Dearborn Street
                Chicago, Illinois 60604
                (312) 353-4088
                pierre.talbert@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

**1.   NOTICE OF MOTION**

**2.   UNITED STATES' MOTION FOR ADDITIONAL TIME TO FILE RESPONSE TO WRIT OF HABEAS CORPUS**

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on May 15, 2008, to the following non-ECF filers:

Kirk E. Bintzler (09138-089)
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, Illinois 60605

s\Pierre C. Talbert
PIERRE C. TALBERT
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4088
pierre.talbert@usdoj.gov