UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIRK E. BINTZLER (09138-089), | ) | |
| | ) | |
| Petitioner, | ) | No. 08 C 1293 |
| | ) | |
| v. | ) | |
| | ) | Judge Kendall |
| UNITED STATES PAROLE COMMISSION, | ) | |
| | ) | |
| Respondent. | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/Pierre C. Talbert
  PIERRE C. TALBERT
  Assistant United States Attorney
  219 South Dearborn Street
  Chicago, Illinois 60604
  (312) 353-4088
  pierre.talbert@usdoj.gov

## CERTIFICATE OF SERVICE

  The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

## ATTORNEY DESIGNATION

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail on May 16, 2008, to the following non-ECF filers:

  Kirk E. Bintzler (09138-089)
  Metropolitan Correctional Center
  71 West Van Buren Street
  Chicago, Illinois 60605

            By: <u>s/Pierre C. Talbert</u>
               PIERRE C. TALBERT
               Assistant United States Attorney
               219 South Dearborn Street
               Chicago, Illinois 60604
               (312) 353-4088
               pierre.talbert@usdoj.gov