MHW

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUN 27 2008
6-27-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

KIRK E. BINTZLER, #01938-089

    Petitioner,

V.

UNITED STATES PAROLE COMMISSION,

    Respondent.

No. 08 C 1293

Judge Kendall

PETITIONER'S REQUEST FOR APPOINMENT OF COUNSEL

Comes now, petitioner Kirk E. Bintzler, pro se, and hereby moves the court for the appoinment of counsel Jill Weeldreyer of the firm of McDermott Will & Emery located at 227 West Monroe Street Chicago, Illinois 60605-5096; or Edward Malone located at Suite 3900, 200 West Madison Street, Chicago, Illinois. Any local Attorney with the facilities and staff familiar with Title 28 U.S.C. § 2241 review of Parole Commision regulation violations due to the following circumstances.

Petitioner has been informed by MCC, BOP staff that the U.S. Parole Commission pursuant to their detainer is going to move petitioner physically out of the jurisdiction of Judge Kendall, regardless of the fact petitioner has his 2241 petition pending. Furthermore, the Commission and MCC, BOP staff intend to seperate petitioner from his legal materials on June 27, 2008, before placing him against his will on a plane to Oklahoma City

to thwart petitioner's access to the court. In addition MCC, BOP staff are aware the petitioner has had recent quad-by pass open heart surgery that could possible kill him or render him critically ill if moved by normal 747 Marshal's air transportation yet have proceeded with this process regardless of these conditions. Petitioner will inform the court of the name(s) of MCC, BOP staff with whom he spoke allowing confirmtion should the court so desire; to avoid retaliation by MCC, BOP staff and or members of the U.S. Parole Commission. Furthermore, given the complex nature of the matter before the court and petitioner's renewed motion for release of critical documents in Inmate System Management possess at MCC that is part of petitioner's reply to Commmission's response it behoves everyone, including the Commission and the Court that Attorney Weeldreyer or Edward Malone be appointed in the interest of justice so the orderly administration of justice can take place given the court's reluctance to date to order full discovery of all documents to an incarcerated individual involving BOP U.S. Parole Commission interactions regarding petitioner's 3/21/94, warrant/detainer by the U.S. Parole Commission.

Respectfully Submitted,

Dated June 24th 2008

Kirk E. Bintzler, pro se

CERTIFICATE OF SERVICE BY MAIL

I Kirk E. Bintzler, hereby state under penalty of perjury pursuant to the penaly provisions of 28 U.S.C § 1746. I did on the date indicated below supply a true and correct copy of the foreging motion and a copy of my relpy to the Commissions resposne to Ass. U.S. Att. Pierre C. Talbert at 219 S. Dearborn Street, Chicago, Ill. 60604 by my sigantures.

Date: June 24th 2008

Kirk Bintzler