UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Kirk E Bintzler
                Plaintiff,
v.                                     Case No.: 1:08–cv–01293
                                          Honorable Virginia M. Kendall
Eric Wilson
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 14, 2008:

        MINUTE entry before the Honorable Virginia M. Kendall:Petitioner's motion for release on bail while habeas action is pending is taken under advisement. The government is given to 7/28/2008. Reply is due by 8/11/2008. Court will rule by mail.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.