# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1293 | **DATE** | July 24, 2008 |
| **CASE TITLE** | Kirk Bintzler (#01938-089) v. United States Parole Commission | | |

**DOCKET ENTRY TEXT:**

Petitioner's motion for the appointment of counsel [#21] is denied without prejudice.

■ [**For further details see text below.**]                                                    Docketing to mail notices.

## STATEMENT

Petitioner's motion for appointment of counsel is denied at this time. Although the Court must appoint counsel for an evidentiary hearing, and may appoint counsel at any stage of the proceedings if the interests of justice so require, *see* Rule 8(c), Rules Governing Section 2254 and 2255 Cases, such an appointment is not warranted at this time. Petitioner has demonstrated his competence to represent himself with his case thus far, and he has submitted a reply to Respondent's response. A review of the pleadings indicates that appointment of counsel is not currently needed. However, if petitioner has an attorney for his parole revocation proceedings, that attorney may enter an appearance on behalf of petitioner in the instant case at this time.

isk